■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK R. REDD, Appellant. [37 NYS3d 904]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Cohen, J.), imposed January 14, 2015, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Sanders*, 25 NY3d 337 [2015]; *People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Green*, 136 AD3d 1055 [2016]). Eng, P.J., Dillon, Sgroi, Miller and Brathwaite Nelson, JJ., concur.